Keren Tamali Sita
101 Northfield Street, Room Unit 208
Montpelier, VT, 05602
802-307-8930 | 802-225-0476
sitakerenvt@gmail.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

**KEREN SITA,**

Plaintiff,

vs.

**DR. KAREN SPERRY DDS**

**VERMONT DEPARTMENT OF CHILDREN AND FAMILIES**

Defendant

Case No.: FEDERAL COMPLAINT FOR DAMAGES

FEDERAL CASE FOR DAMAGES

2:23-CU-643

## JURY DEMAND

Plaintiff requests a Jury trial for all issues that are appropriate for such a trial.

### I.   COMPLAINT AT LAW

NOW COMES, Plaintiff Keren Sita (hereinafter referred to as 'Miss. Sita' or 'Plaintiff'), acting individually and as a pro se litigant, files a Complaint against Dr. Karen Sperry DDS (hereinafter referred to as the 'Defendant' or 'Dr. Sperry') and the Vermont Department of Children and Families (hereinafter referred to as the 'DCF' or 'Department of Children and Families').

As the plaintiff in this matter, I, Keren Sita, want to address the United States District Court for the District of Vermont and present my case against Dr. Karen Sperry DDS and the Vermont Department of Children and Families.

First and foremost, I request a jury trial for all the relevant aspects of this case that warrant such a proceeding.

I now proceed to file a federal complaint for damages, highlighting the various issues at hand. Acting both individually and as a pro se litigant, I bring forth this complaint against Dr. Karen Sperry DDS, referred to as the defendant, and the Vermont Department of Children and Families (DCF).

My allegations against Dr. Sperry revolve around intentional and discriminatory actions that resulted in subpar dental work. I firmly believe that her motivation behind providing poor dental work stems from

FEDERAL CASE FOR DAMAGES - 1

racial hatred and jealousy towards my unique combination of exquisite beauty and racial background. Dr. Sperry's actions were not only malicious and abhorrent but also racist, with the clear intent of undermining my constitutional right to happiness.

Furthermore, since the Vermont Department of Children and Families serves as my legal guardian, I hold them accountable for their alleged negligence in acting in my best interest. It is my contention that they failed to fulfill their duty to protect me from harm and advocate for my rights.

In this complaint, I seek redress for the discriminatory dental work done by Dr. Sperry and demand accountability from the Department of Children and Families for their alleged negligence. This case is of utmost importance, as it brings to light the need for justice and fairness in the face of such discrimination.

I trust that the United States District Court for the District of Vermont will thoroughly review my complaint and grant me the opportunity to present my case in front of a jury. I anxiously await the court's response to ensure that justice is served in this matter.

## **NATURE OF THE ACTION**

I, Keren Sita, as the plaintiff in this case, want to emphasize the claims of fraudulent misrepresentation and negligence against Dr. Karen Sperry, the defendant. I also seek to hold the Department of Children and Families accountable for their actions and prevent future violations of constitutional rights for children entrusted to their custody.

During my time under Dr. Sperry's dental care, I was informed that I would have to wait until I reached the age of twenty-two to twenty-four before getting braces. Relying on this advice, I patiently waited for the appropriate time to pursue orthodontic treatment. However, I later discovered that Dr. Sperry intentionally provided false medical advice, preventing me from having my braces covered under Medicaid.

As a low-income individual and a former ward of the state, I was entitled to financial assistance through Medicaid for orthodontic treatment. Dr. Sperry's deceit was not only intentional but also motivated by racial discrimination. I firmly assert that the defendant harbored racial animosity towards me because of my youthful beauty, vibrant personality, and assertive demeanor. I believe that Dr. Sperry deliberately provided poor dental work and failed to give me the beautiful smile that every dentist should aspire to create, all due to her jealousy and hatred towards my naturally beautiful face.

FEDERAL CASE FOR DAMAGES - 2

1    By intentionally misleading me and providing subpar dental work, Dr. Sperry breached her duty to
2    provide quality dental care. This breach resulted in harm, the need for additional corrective treatment, and
3    substantial financial burden. Over the years, I have faced challenges with misaligned teeth, dental issues, and the
4    repercussions of uncovered orthodontic treatment. This situation has had a detrimental impact on my oral health and
5    self-image.

6    Dr. Sperry's actions have caused me emotional distress, and I seek relief from the court to address
7    the ongoing effects and obtain compensation for the harm I have suffered. To support my claims, I intend to submit
8    X-rays and additional pictures as evidence of the poor dental work performed by Dr. Sperry.

9    I sought help from Dr. Brad Klein, who rectified the mistakes made by Dr. Sperry and provided
10   the tooth I currently have. However, I still suffer from the consequences of Dr. Sperry's poor dental work and the
11   unhealthy pathway she put me on due to her medical carelessness. Temporomandibular joint disorder (TMJ),
12   shifting and misalignment, severe gum problems, an extreme overbite, and functional difficulties such as chewing
13   and speaking are just some of the issues caused by Dr. Sperry's intentional and malicious dental mistakes.

14   Dr. Sperry's actions have greatly impacted the aesthetics of my smile, causing significant
15   dissatisfaction for an extended period. I hold her responsible for not effectively addressing my dental issues, and I
16   seek relief from the court to address the ongoing impact and obtain appropriate compensation for the harm I have
17   endured.

18   In addition to compensatory damages for emotional distress, costs related to remedial dental
19   treatment, and any further relief deemed appropriate by the court, I also request punitive damages. I believe these
20   measures will serve justice and prevent similar occurrences in the future.  As the plaintiff, I understand the
21   significance of the pain, suffering, and emotional distress caused by Dr. Karen Sperry's actions. I acknowledge the
22   impact it has had on my life and the opportunities I believe I could have pursued if I had received truthful advice
23   regarding my dental treatment.

24   I seek damages totaling $1,000,000 to compensate for the emotional distress endured throughout
25   this ordeal. Additionally, I request compensation for the potential earnings I could have obtained if I had not been
26   misled by Dr. Sperry's false medical advice. I believe that with my natural beauty, I had the potential to succeed in
27   the modeling industry, striving to become the next Naomi Campbell or Adut Akech. Furthermore, I assert that I
28   could have been a strong contender in various international beauty pageants.

FEDERAL CASE FOR DAMAGES - 3

1     These claims reflect the impact Dr. Sperry's actions have had on my life and my aspirations. It is

2 important to receive just compensation that reflects the harm caused and the potential opportunities that were lost

3 due to her deceit.

4     I trust that the court will take these factors into consideration when determining an appropriate

5 amount for the damages sought. My intention is not only to seek financial relief but also to encourage accountability

6 and prevent similar incidents from occurring in the future.

7                **JURISDICTION**

8     I bring this action under the authority of both the Vermont State Constitution and the laws of the

9 United States. I firmly assert that my fundamental rights protected by the United States Constitution and the State of

10 Vermont Constitution have been violated by the defendant in this case.

11     As the plaintiff, I claim that the defendant's actions, which involve misrepresentation and

12 dishonesty regarding my dental treatment, have deprived me of the ability to make informed decisions about my life.

13 This deprivation directly infringes upon my constitutional rights to liberty and autonomy.

14     The defendant's misconduct has had a profound impact on my ability to pursue happiness, as

15 guaranteed by the Vermont Constitution. By intentionally misleading me and providing false advice, she severely

16 limited my options and impeded the path to achieving personal fulfillment and well-being.

17     I firmly believe that no individual should be subjected to such violations of their constitutional

18 rights. It is my hope that by bringing this matter to the attention of the court, justice will be served, and the

19 defendant will be held accountable for her actions.

20     I place my trust in the court to thoroughly examine the evidence and consider the implications of

21 the defendant's conduct on my constitutionally protected rights. It is my sincere desire that through this legal

22 process, the court can restore the rights that have been infringed upon and ensure that similar violations do not occur

23 in the future.

24                 **VENUE**

25     I believe that the venue for this case is appropriate in this district. The events that led to this legal

26 action took place within the geographical boundaries of this district. Additionally, the defendant, who is an essential

27 party to this case, resides within this district.

28

FEDERAL CASE FOR DAMAGES - 4

1        Considering these factors, I am confident that the choice of venue in this district is not only

2 reasonable but also aligned with the principles of fairness and convenience for all parties involved. I trust that the

3 court will acknowledge the relevance of these considerations and proceed with the case accordingly in this district.

4                              **PARTIES**

5        I, Miss Keren Sita, am the plaintiff in this case. I am an adult resident of South Burlington and

6 have previously been a patient of the defendant.

7        The defendant, Dr. Karen Sperry DDS, is a licensed dentist practicing dentistry within South

8 Burlington, Vermont. It is within her professional capacity as a dentist that I allege misconduct and negligence on

9 her part.

10        Additionally, the Vermont Department of Children and Families is another defendant in this case.

11 It is a government agency of the U.S. state of Vermont, with its headquarters located in the Waterbury Office

12 Complex in Waterbury. It is in their role as my legal guardian and responsible for my well-being that I assert their

13 alleged negligence and failure to act in my best interest.

14        These are the parties involved in this case, and I look to the court to ensure a fair and just

15 proceeding in order to address the claims and seek resolution.

16                    **FACTUAL BACKGROUND**

17        I first sought dental treatment from Dr. Sperry when I broke my number 9 tooth while practicing

18 for a play at my church. I remember using a chair as a prop, and unfortunately, it resulted in the tooth breaking. In an

19 effort to fix the issue, Dr. Sperry repaired the broken tooth by gluing it back together. She explained that the

20 procedure involved bonding my tooth to the adjacent teeth on both sides.

21        Dr. Sperry justified this approach by stating that my mouth was still developing due to my age,

22 and she advised that we should monitor the growth until I reached the age of twenty-two. At that point, she believed

23 my mouth would be fully grown and optimal for further treatment such as braces. Dr. Sperry determined that the

24 best time for me to receive braces would be around the ages of 24 and 25.

25        However, the dental work performed by Dr. Sperry did not turn out as expected. The bonding of

26 the broken tooth resulted in a tooth that was excessively large for my mouth. I believe that Dr. Sperry intentionally

27 made it that way. Being a bold and outspoken person, I expressed my dissatisfaction with the appearance of my teeth

28

FEDERAL CASE FOR DAMAGES - 5

1  throughout my treatment with Dr. Sperry. I repeatedly complained about the size of the tooth and how it didn't
2  match the rest of my mouth.

3          To make matters worse, the poorly fitted tooth caused me to break it multiple times. The design
4  and fit were clearly flawed, as I had expressed my concerns about it from the beginning. It seemed that Dr. Sperry's
5  poor dental work was the cause of these repeated issues.

6          Overall, I believe that Dr. Sperry did not do a good job in addressing my dental needs. The tooth
7  she repaired and molded was obviously too big for my mouth, and it continuously caused discomfort and
8  dissatisfaction.

9          I strongly assert that Dr. Sperry held biased and discriminatory views towards my parents simply
10  because they are African American immigrants. She seemed to undermine their intelligence, assuming they were
11  unfamiliar with the American system and lacked proficiency in English. I believe Dr. Sperry dismissed my concerns
12  because she perceived me as a black girl who had an unfortunate incident happen to her. Instead of acting as an
13  ethical dental professional aiming to restore or enhance my smile, she intentionally gave me a worse smile than I
14  had before.

15          Despite Dr. Sperry's professional success and education, she displayed noticeable insecurities.
16  Even as a young adolescent patient, I could sense this. I have always been bold, confident, and beautiful. It is
17  apparent that my presence, beauty, and youthful appearance intimidated Dr. Sperry, which led her to maliciously
18  withhold the best dental treatment I deserved. Her jealousy and intimidation prevented her from providing
19  exceptional care and achieving satisfactory dental results.

20          I firmly believe that Dr. Sperry is fully aware of her actions and the quality of care she provided
21  me. She knowingly provided me with incorrect medical advice and failed to offer the optimal treatment options. Any
22  reasonable dental professional would have recommended a dental implant, followed by braces to allow for proper
23  growth, and finally, a permanent dental procedure. Unfortunately, Dr. Sperry neglected these long-term goals and
24  prepared a poor copy of my original tooth, which was a disgrace from a professional standpoint. Instead of
25  considering a dental implant, she hastily glued the tooth together, depriving me of the opportunity for proper
26  treatment.

27          Growing up, my parents always encouraged me to be an independent individual. I was a strong-
28  willed and assertive young girl, unwilling to let others impose their way of life, thinking, fashion, or lifestyle on me.

FEDERAL CASE FOR DAMAGES - 6

1   This situation is not about affordability, as my parents, while not extremely wealthy, were capable of affording

2   braces if they were properly informed. This is about a dentist who deliberately lied and acted with negligence.

3           In light of Dr. Sperry's intentional malice, medical negligence, and poor quality of dental work,

4   she failed to consider my pediatric status and the long-term goals I had for my oral health. She created a subpar

5   replica of my original tooth, which she was well aware of. Moreover, she glued it in place without offering a chance

6   for a dental implant, which would have been the logical and appropriate course of action.

7           I am deeply disappointed by Dr. Sperry's actions, and it is my firm belief that she intentionally lied

8   and provided substandard care. Her conduct is unacceptable, and I seek justice for the harm she has caused.

9           After graduating high school in 2015, my parents made a significant investment in my happiness

10  by purchasing a 2013 Mazda Sport car for $13,000. They may not be wealthy, but they would have done anything in

11  their power to provide me with braces if it was necessary for my dental health. All they needed was the truth from

12  Dr. Sperry regarding my dental needs. However, because we were deceived by Dr. Sperry, we were unable to

13  explore financial options or find a solution to afford braces. This not only affected me but also the various social

14  services and organizations assisting me as a pediatric patient, such as Howard Center, Doctor Dinosaur (Medicaid),

15  NFI, AALV, and DCF.

16          The subpar dental work performed by Dr. Sperry can be attributed to her deep-rooted jealousy,

17  particularly stemming from my undeniable beauty. I firmly believe that Dr. Sperry's motive for providing me with a

18  poor dental job was rooted in envy and racial animosity. She harbored a deep hatred for my beauty, which was even

19  more remarkable during my younger years. This jealousy clouded her professional judgment and prevented her from

20  offering the necessary care and ethical considerations that any competent dentist should provide. Any dentist,

21  regardless of personal feelings, should embrace the opportunity to enhance the appearance of a client seeking dental

22  treatment after an accident. However, Dr. Sperry's envy prevented her from fulfilling this duty, resulting in

23  medically negligent, unethical, unprofessional, unreasonable, and racist dental care and treatment.

24          The combination of my race and beauty intensified the hostility and animosity displayed by Dr.

25  Sperry, leading to substandard dental work and fabricated lies about my treatment. Throughout my life, I have

26  suffered from severe dental problems as a direct result of Dr. Sperry's errors. Simple acts like eating pizza or the soft

27  African dish called Fu Fu would cause my tooth to break repeatedly. Dental health became a constant concern, and I

28  endured numerous issues.

FEDERAL CASE FOR DAMAGES - 7

1       On one occasion, my tooth broke again, and Dr. Sperry was unavailable as she was spending time

2   with her family. I had to seek emergency dental treatment from Dr. Klein, another dentist in Burlington. Dr. Klein

3   was perplexed as to why a 14-year-old girl had a missing tooth and why Dr. Sperry hadn't begun the process of

4   creating a dental implant or putting me on braces as an adolescent to allow my mouth to grow properly. It was clear

5   that my poorly done tooth confused Dr. Klein, highlighting the negligence and lack of foresight exhibited by Dr.

6   Sperry.

7       The impact of Dr. Sperry's actions goes beyond just me; it extends to the people around me who

8   were unable to provide the high-quality life I deserved due to the sabotage of my smile. By lying to us, Dr. Sperry

9   prevented us from finding a solution, whether it be through financial assistance or other means, to give me the

10  braces I needed. It is deeply disheartening to know that my beautiful life was tarnished by a dentist who

11  intentionally withheld the truth and acted with malice.

12      I couldn't understand why Dr. Sperry had performed such work on my mouth. It left me puzzled,

13  and Dr. Klein was equally perplexed. The only solution Dr. Klein could offer was a temporary denture to

14  temporarily fix the issue and give me the best smile possible. It wasn't ideal, but Dr. Klein didn't want to risk gluing

15  back Dr. Sperry's poorly created tooth model that was clearly too big for my mouth.

16      Fortunately, Medicaid covered the cost of the denture without any issues. I didn't want to go back

17  to Dr. Sperry and subject myself to another poorly done tooth reconstruction, which would only create more dental

18  problems. So instead, I relied on the denture provided by Dr. Klein.

19      Little did I know at the time that I had been given false medical advice by Dr. Sperry regarding my

20  dental treatment. It wasn't until I reached my late twenties that I could finally get braces and begin the process of

21  finding a permanent solution. Reflecting on this, I strongly believe that the actions of the defendant were not only

22  racially motivated but also deeply unethical.

23      Any dentist with a strong moral compass would have approached the situation differently. They

24  would have opted for an alternative procedure and chosen a different approach altogether to improve their patient's

25  life and smile. It's apparent to me that Dr. Sperry cunningly exploited my racial background, assuming that as a

26  young black woman from an African family, I would be shielded from any consequences. This assumption was

27  likely fueled by the belief that my mother and father lacked the English proficiency, understanding, and the courage

28  to go against a wealthy, well-educated white woman like herself.

FEDERAL CASE FOR DAMAGES - 8

1    As a result of Dr. Sperry's actions, I have experienced immeasurable financial loss, which I

2    estimate to be in the millions of dollars in missed opportunities. Like any young girl with dreams of blossoming into

3    a beautiful woman, I intended to leverage my natural beauty and physical attractiveness to pursue careers in the

4    captivating worlds of fashion and television.

5    My passion for this industry has been nurtured by my avid readership of Vogue magazine, where I

6    eagerly absorb the invaluable wisdom imparted by the esteemed Anna Wintour each month. Countless hours have

7    been dedicated to admiring the walks of top supermodels like Naomi Campbell, Christy Turlington, and Karen

8    Mulder. I have spent endless time learning about designers and devouring runway shows in fashion capitals such as

9    Paris, London, New York, Tokyo, Hong Kong, and Singapore.

10    However, Dr. Sperry's unethical actions have temporarily stalled my plans, forcing me to redirect

11    my focus on rectifying my dental issues. While I remain optimistic about my future prospects, I can't help but feel

12    the weight of the opportunities I've missed due to the defendant's actions.

13    Even during my high school years, I had a passion for fashion that set me apart. I sought out

14    garments from Africa and China, becoming one of the trendsetters in Vermont and elevating the local fashion scene.

15    My ultimate dream was to walk the runways myself, but unfortunately, that dream was shattered by the dental

16    mishap and subpar work performed by Dr. Sperry.

17    Regrettably, my unwavering faith in Dr. Sperry's words prevented me from actively pursuing

18    modeling opportunities both within Vermont and New York. Despite my dental imperfections, I possessed a striking

19    beauty that couldn't be denied. However, due to the misguided trust I placed in Dr. Sperry's advice, I turned down

20    numerous life-changing opportunities. These included modeling appearances, pageantry opportunities, and even

21    reality TV shows – all of which had the potential to alter the course of my life forever.

22    It is heart-wrenching to think about the missed chances and the altering of my path because of Dr.

23    Sperry's actions. I had the talent, the passion, and the innate beauty to make a significant impact in the fashion

24    industry. It saddens me to know that due to a manipulative and unethical dentist, I was unable to fully pursue my

25    dreams during that crucial time in my life.

26    Looking back, it is frustrating to think about the opportunities I declined solely based on the false

27    advice I received. I trusted Dr. Sperry, believing she had my best interests at heart. Little did I know she was taking

28    advantage of my trust to exploit my vulnerability and hinder my potential.

FEDERAL CASE FOR DAMAGES - 9

1   However, I refuse to let these setbacks define me. I am determined to overcome the obstacles and
2   make my mark in the fashion world. It may have taken a bit longer due to the dental issues, but I am determined to
3   rise above and showcase my true potential.

4   I have learned a valuable lesson through this ordeal – to advocate for myself and question the
5   advice of those in positions of authority. No one should have their dreams jeopardized by the unethical actions of
6   others. And while I can't change the past, I am committed to creating the future I deserve, where my natural beauty
7   and talent can shine without hindrance.

8   <u>CAUSES OF ACTION</u>

9   CONSPIRACY TO INTENTIONALLY DEPRIVE ME OF MY CONSTITUTIONAL RIGHTS
10  UNDER ARTICLE 1, CHAPTER 1 OF THE DECLARATION OF THE RIGHTS OF INHABITANTS OF THE
11  STATE OF VERMONT AND UNDER 42 U.S.C. § 1983. (AGAINST ALL THE DEFENDANTS).

12  I hereby incorporate and reallege all  Paragraphs 1 through now, as though fully set forth at length
13  herein. As a resident of Vermont, I am entitled to certain constitutional rights, including the right to secure my
14  happiness, as provided in the Vermont Constitution.

15  Based on the facts described in the previous paragraphs of this Complaint, it is evident that the
16  defendant, Dr. Karen Sperry, reached an internal agreement within her dental practice to provide false and
17  misleading information regarding the necessary dental procedures for the removal of my missing tooth. This
18  agreement resulted in the deprivation of my constitutional rights to secure happiness, a right enshrined in Article 1
19  of the Vermont Constitution.

20  By providing false hope and misleading information, Dr. Sperry and her associates not only
21  shattered my trust in the dental profession but also caused significant distress, denying me the opportunity to secure
22  my happiness. Their actions were in direct violation of my constitutional rights as an inhabitant of Vermont and my
23  unalienable rights under the U.S Constitution.

24  Dr. Karen Sperry violated my constitutional rights when she knowingly provided false and
25  misleading medical information, thus failing to fulfill her professional obligations. In the aftermath of Dr. Sperry's
26  lies, I have suffered years of unhappiness. I trusted her dental advice, which ultimately turned out to be a
27  deliberately fabricated and malicious lie.

28

FEDERAL CASE FOR DAMAGES - 10

1    The impact of Dr. Sperry's actions extends far beyond physical discomfort; it has had a profound
2    emotional and psychological toll on my life. Her deceit has caused me to doubt not only the dental profession but
3    also my own ability to trust medical professionals. The resulting lack of happiness and ongoing distress cannot be
4    overstated.

5

6

7    I hereby assert that all the defendants conspired to intentionally deprive me of my constitutional
8    rights as guaranteed under Article 1, Chapter 1 of the Declaration of the Rights of Inhabitants of the State of
9    Vermont and under 42 U.S.C. § 1983. This cause of action is directed towards each of the defendants involved in the
10   alleged misconduct.

11   The defendants, including Dr. Sperry, Dr. Klein, and any other individuals involved in the dental
12   treatment and advice provided to me, acted in concert to undermine my constitutional rights.

13   Specifically, the defendants intentionally conspired to discriminate against me based on my racial
14   background, which is a clear violation of my fundamental rights as outlined in the Declaration of the Rights of
15   Inhabitants of the State of Vermont.

16   The actions of the defendants demonstrate a deliberate disregard for the principles of fairness,
17   equal treatment, and the right to receive proper medical care without discrimination.

18   By conspiring to intentionally deprive me of my constitutional rights, the defendants have violated
19   42 U.S.C. § 1983, which provides for remedies when an individual's constitutional rights have been violated under
20   color of law.

21   The defendants' actions were not only morally reprehensible but also demonstrate a willful intent
22   to harm and discriminate against me, causing significant emotional distress, financial loss, and hindering potential
23   opportunities.

24   It is imperative that Dr. Karen Sperry be held accountable for violating my constitutional rights
25   and for the tremendous harm she has caused me. I seek justice and remedies for the violation of my constitutional
26   rights to secure my happiness, as guaranteed by the Vermont Constitution and the U.S Constitution.

27

28
FEDERAL CASE FOR DAMAGES - 11

1    I seek legal redress for the violation of my constitutional rights by all the defendants involved in
2  this conspiracy. It is my firm belief that justice must be served, and those responsible for such egregious actions
3  must be held accountable for their conduct.

4    To establish a conspiracy to deprive someone of their constitutional rights under 42 U.S.C. § 1983
5  and under Article 1, Chapter 1 of the Declaration of the Rights of Vermont's Inhabitants under the Vermont
6  Constitution, as well as an unalienable right of the Constitution for the United States of America, I, as the plaintiff,
7  will establish the following elements:

8    a)  Agreement: I claim that Dr. Sperry and multiple individuals within her dental practice formed
9        an agreement with the explicit intent to violate my constitutional rights to happiness. This
10       conspiracy was driven by their race-based hatred and jealousy towards me. Dr. Sperry, as the
11       main practitioner, worked alongside her hygienist and other staff members to intentionally
12       provide poor dental work. All individuals involved in the office, including the hygienist, were
13       white women who harbored deep resentment towards me based on my race and beauty. This
14       collaboration and agreement violated my constitutional right to secure happiness, particularly
15       after the tragic accident resulting in the loss of my tooth.

16   b)  Deprivation of Constitutional Rights: I assert that the professionals involved in this
17       conspiracy intended to make me unhappy with my dental results. Their goal was not to
18       improve my smile, but rather to intentionally provide subpar dental work that would give me
19       an unhappy smile. Prior to the loss of my tooth, I had no dental issues, and I contend that Dr.
20       Sperry and her conspirators intentionally violated my right to secure happiness, protected
21       under both the United States Constitution and the Vermont Constitution. The intent can be
22       demonstrated through their deep-seated animosity towards me and their deliberate actions to
23       cause me unhappiness. Their deliberate efforts to profit from providing substandard dental
24       work further exemplify their intent to exploit my vulnerability and cause me immense
25       unhappiness. It is in response to this intentional exploitation that I seek to hold Dr. Sperry and
26       her conspirators accountable in a court of competent jurisdiction.

27   c)  State Action: In my pursuit of justice, I can effectively establish that Dr. Sperry, a highly
28       regarded medical professional, along with several employees working for the Department of

FEDERAL CASE FOR DAMAGES - 12

Children and Families (DCF), who are recognized as government officials, were active participants in this calculated conspiracy. Their nefarious plot was meticulously orchestrated with the sole purpose of intentionally depriving me of my fundamental and inalienable constitutional right to happiness, a right explicitly safeguarded by the Vermont Constitution.

    d)   By demonstrating the agreement, deprivation of constitutional rights, and state action in this conspiracy, I seek to expose Dr. Sperry and her conspirators and hold them accountable for their actions in a court of competent jurisdiction. It is imperative that justice is served and that those responsible for the deliberate violation of my constitutional rights are held to account for their reprehensible actions.

I, as the plaintiff, believe that my life and future were targeted from a young age due to my destined path of importance and impact, much like the experiences of Moses and Jesus. The Department of Children and Families (DCF) has consistently focused on me, which I believe is a result of their ingrained racial bias towards black families and children. Sadly, my experience is not unique, as the DCF has a documented history of disproportionately removing black children from their families and specifically targeting them.

My determination to preserve my familial connection and prevent the DCF from imposing an alternative future is why I chose to reside at home despite being under their custody. Inspired by the idea of "good trouble" advocated by Congressman John Lewis, I was ready to assert myself and take rebellious action in order to maintain my relationship with my loving and supportive parents. By resisting the DCF's plans for my life and home, I aimed to ensure that I remained connected to my family and avoid any potential separation.

My parents, who are African refugees, may have a limited understanding of American society, but they fully comprehend the negative actions perpetrated by some white individuals. They have firsthand experience with such injustices due to their upbringing in Africa and, like many other African refugees, they are against a legal system that unjustly targets their black children and takes custody of them through manipulation and coercion.

During the time the DCF used manipulative practices to secure legal guardianship, my parents felt powerless. I claim that Dr. Sperry, in collaboration with the DCF, infringed upon my constitutional right to happiness. This partnership between Dr. Sperry and the government agency led to a violation of Dr. Sperry's duty of care as a professional dentist towards me. Furthermore, the DCF failed in their responsibility to act in my best

FEDERAL CASE FOR DAMAGES - 13

interest as my legal guardian, neglecting to ensure that any dental procedures performed by Dr. Sperry were aligned with my dental health needs.

I seek the following damages as a direct and legal result of the Defendant's acts and conduct:

Compensatory Damages: I request compensatory damages to cover the financial losses I have suffered as a result of the Defendant's actions. This includes reimbursement for the costs incurred for inadequate dental care, dentures, and any additional expenses necessary to correct the harm caused by the Defendant's intentional misconduct.

Emotional Distress Damages: I also seek damages for the emotional distress caused by the Defendant's deliberate and malicious actions. This includes compensation for the mental anguish, humiliation, and any psychological harm I have experienced as a result of the Defendant's jealousy and desire to undermine my happiness. I have suffered severe and permanent emotional and mental distress, anguish, humiliation, embarrassment, fright, discomfort, anxiety, and depression. The exact nature and extent of these injuries are presently unknown to me.

Punitive Damages: Given the intentional nature of the Defendant's conduct, driven by jealousy and a desire to harm me, I request punitive damages. These damages aim to punish the Defendant, deter similar actions in the future, and seek justice for me. The acts of the Defendant were willful, wanton, malicious, intentional, oppressive, and despicable, done in willful and conscious disregard of my rights, welfare, and safety. Therefore, I seek an award of punitive and exemplary damages of $5,000,000.

Legal Costs: I request reimbursement for all reasonable legal costs and expenses incurred in pursuing this lawsuit. This includes attorney consulting fees, court filing fees, expert witness fees, and any other expenses directly related to the legal proceedings.

Injunctive Relief: I seek injunctive relief to prevent the Defendant from engaging in similar misconduct in the future. This may involve seeking a court order to suspend or revoke Dr. Sperry's medical license. By doing so, I aim to protect other potential patients from experiencing similar harm and ensure that Dr. Sperry is held accountable for her intentional and malicious actions. I also seek an injunction restraining the Defendant from further discriminatory acts or creating false narratives to deprive individuals of their constitutional rights.

Through these requested damages and injunctive relief, I hope to address the harm caused by the Defendant's actions, seek justice, and prevent similar injustices from occurring in the future.

FEDERAL CASE FOR DAMAGES - 14

COUNT TWO:

**FOR INTENTIONAL DISCRIMINATION AND RACIAL ANIMUS UNDER TITLE VI OF THE CIVIL RIGHTS ACT OF 1964. (AGAINST ALL DEFENDANTS)**

In this second count, I incorporate and reaffirm the statements made in Paragraphs 1 through 132 of my complaint. I assert that Dr. Karen Sperry, as a defendant, had a responsibility under Title VI of the Civil Rights Act of 1964 to refrain from discriminating against me based on my race, color, or national origin while providing dental services. It is important to note that the dental services I received and paid for were partially funded by Federal financial assistance, as I was eligible for Public Assistance, Medicaid, or other social services.

However, despite her duty, Dr. Sperry exhibited discriminatory conduct and racial bias, depriving me of equal treatment and quality dental care solely because of my race, color, or national origin. I firmly believe that Dr. Sperry would have approached me differently if I were white or if I possessed different physical characteristics such as being overweight or considered unattractive. In such instances, Dr. Sperry would have provided me with honest and more beneficial dental treatment options. These actions by Dr. Sperry clearly violate Title VI of the Civil Rights Act of 1964, as they disregard the prohibition on discrimination based on race, color, or national origin in programs and activities that receive Federal financial assistance.

I contend that Dr. Sperry's discrimination against me based on my race, color, or national origin infringes upon my legal rights, unjustly denying me the necessary dental care to which I am entitled solely due to discriminatory motives. Her discriminatory actions, specifically the denial of proper dental care, have resulted in significant harm, including the denial of necessary treatment, emotional distress, and mental anguish. Dr. Sperry intentionally singled me out due to my African background, demonstrating clear racial bias and animosity. These actions were unwarranted, contrary to accepted medical standards, and have caused substantial damage to both my dental health and overall well-being.

As a result of Dr. Sperry's actions, I seek a declaration that she violated my rights under Title VI of the Civil Rights Act of 1964, specifically the prohibition of discrimination based on race, color, and national origin. Additionally, I request compensatory damages to fully address the harm I have suffered, which includes the denial of proper dental care, emotional distress, mental anguish, and any related financial losses.

Furthermore, I assert that Dr. Sperry's intentional negligence in enhancing my beauty stems from jealousy and racial prejudice. I firmly believe that she deliberately acted in this manner to harm me and prevent me

FEDERAL CASE FOR DAMAGES - 15

from maintaining an attractive appearance, as societal standards place great emphasis on physical appearance, particularly for women. As a feminine woman, I have faced ongoing discrimination in Vermont due to the prevalence of masculine men and a shortage of feminine females. I argue that Dr. Sperry entered the dental beauty enhancement profession to improve the appearance of her patients but intentionally refused to do the same for me based on discrimination, suggesting that she discriminated against me because of my beauty. In my view, Dr. Sperry's actions were not only motivated by overwhelming jealousy but also by racial bias towards me as a black woman.

In light of these considerations, I seek punitive damages as a means to hold Dr. Sperry accountable for her malicious intentions and intentional actions. I strongly believe that Dr. Sperry was willing to compromise her medical license to intentionally provide subpar dental results due to her jealousy towards me.

In conclusion, I request that the court recognizes the discrimination and racial animosity displayed by Dr. Karen Sperry. I seek compensation for the harm inflicted upon me, both physically and emotionally, as a result of her discriminatory behavior, with an emphasis on the denial of proper dental care. Additionally, I urge the court to award punitive damages as a means to deter such behavior and punish Dr. Sperry for her deliberate actions.

**COUNT THREE: FRAUDULENT MISREPRESENTATION (AGAINST ALL DEFENDANTS)**

I incorporate and reallege Paragraphs 1 through 149, and I hereby assert a claim of fraudulent misrepresentation against all the defendants involved in this case. It was Dr. Sperry's responsibility not to provide me with fraudulent misrepresentations. Fraudulent misrepresentations are intentional or reckless falsehoods aimed at deceiving or inducing another party to rely on false statements.

Dr. Sperry, being a dental professional, knew or should have known the best and appropriate dental route to address the issue surrounding my missing tooth. As her patient and a minor, I expected her to communicate this information to me and my legal guardian. This includes discussing treatment options, risks, benefits, alternatives, and any other relevant details necessary for an informed decision about my healthcare.

Due to my age and inability to fully comprehend the consequences of different dental treatment options, the duty of care owed by Dr. Sperry was heightened. As my legal guardian, my parents relied on Dr. Sperry's expertise and guidance to make informed decisions. However, Dr. Sperry fraudulently misrepresented the available dental treatment options to me, my parents, and my legal guardian.

FEDERAL CASE FOR DAMAGES - 16

Specifically, Dr. Sperry intentionally withheld or distorted information regarding the risks, benefits, and alternatives associated with the different treatment options. This led us to believe that there was only one viable option, which was not in my best interest. By distorting information, Dr. Sperry deprived us of the opportunity to make an informed decision about my dental treatment. She intentionally and recklessly made false representations with the intent to deceive and manipulate us into relying on these falsehoods.

Dr. Sperry was aware of my young age and my concern about my physical appearance, which was evident from my clothing and cultural background. Exploiting this knowledge, she intentionally provided false information to prevent me from exploring other dental treatment options. This deceit was motivated by jealousy, as Dr. Sperry did not want me to seek alternative solutions to my dental issues.

I trusted Dr. Sperry based on the advice of DCF workers, who shared Dr. Sperry's ethnicity and race. They strongly recommended trusting her expertise. Despite initially placing trust in her, I had an innate feeling that her actions were unjust. This feeling grew stronger as it became evident that Dr. Sperry was intentionally misrepresenting the appropriate treatment options.

I lacked the support of caring adults who could have protected me and prioritized my best interests. Nonetheless, I acknowledge the wrongdoing committed by Dr. Sperry and I am committed to seeking justice for the harm caused.

As a result of Dr. Sperry's fraudulent misrepresentations, I underwent inappropriate and suboptimal dental treatment. This resulted in unnecessary pain, suffering, and additional dental complications.

Dr. Sperry's fraudulent misrepresentation constitutes a breach of the duty of care owed to me and my legal guardian. By failing to provide accurate and complete information, and by intentionally misleading us, Dr. Sperry violated her professional obligations and acted negligently and fraudulently.

Consequently, I have suffered damages, including physical pain, emotional distress, additional medical expenses, and the need for corrective dental treatment, all directly caused by Dr. Sperry's fraudulent misrepresentation.

**COUNT FOUR: BREACH OF DUTY - PROFESSIONAL NEGLIGENCE**

**(AGAINST ALL DEFENDANTS)**

I incorporate and reallege Paragraphs 1 through 166 in my complaint, as if they were fully stated here. As the treating dentist for Miss Keren Sita, Dr. Karen Sperry had a duty of care towards her. However, Dr. Sperry breached this duty by providing false advice regarding the appropriate timing for braces, intentionally preventing me from obtaining Medicaid coverage. Moreover, Dr. Sperry's false advice was motivated by racial discrimination, which constitutes an additional breach of duty. As a result of this professional negligence, Miss Sita suffered various harms, including misaligned teeth, dental issues, financial burden, Temporomandibular joint disorder (TMJ), misalignment, gum problems, overbite, and functional difficulties. Although Miss Sita sought corrective treatment from Dr. Brad Klein, the effects of Dr. Sperry's poor dental work continue to negatively impact her.

Furthermore, Dr. Sperry failed to effectively address my dental issues, further breaching her duty of care. As Miss Sita's legal guardian, the Department of Children and Family (DCF) also owed a duty of care towards me. However, they breached this duty by neglecting their responsibilities in ensuring my best interests were protected. Despite being fully aware of my dental condition and receiving numerous verbal complaints about discomfort and physical appearance, DCF failed to take appropriate actions to safeguard my health and well-being.

DCF had a legal obligation to address my dental concerns promptly and provide necessary support in my best interests. However, they neglected to seek alternative dental care options when necessary and failed to ensure that the quality of care provided by Dr. Karen Sperry was suitable for a child under their custody. As a result of DCF's negligence and failure to act, I have experienced continued suffering, both physically and in terms of my self-esteem, due to unresolved dental issues.

The negligence and failure of DCF have jeopardized my health, well-being, and overall quality of life. In light of this, I seek redress from the court to hold DCF accountable for breaching their duty as my legal guardian. I also seek compensatory damages for the harm I have suffered as a result of their negligence. Additionally, I request any further relief that the Court deems appropriate to address the ongoing impact of DCF's failure to safeguard my dental health and well-being during my time under their legal guardianship.

FEDERAL CASE FOR DAMAGES - 18

**COUNT FIVE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**(AGAINST ALL DEFENDANTS)**

I incorporate and reallege Paragraphs 1 through 184, as though fully set forth at length herein. Dr. Karen Sperry had a duty to not engage in conduct that would intentional inflict emotional distress on me while she was my dentist. However, Dr. Sperry's actions caused me significant emotional harm through fraudulent misrepresentation of my dental health, providing false medical advice, and professional negligence. In doing so, she violated her duty not to engage in discriminatory conduct.

My specific claims against Dr. Sperry include intentionally providing false medical advice, stating that my dental treatment would prevent me from getting braces until I turned twenty-two to twenty-four. I relied on this advice and consequently delayed necessary orthodontic treatment. It is my belief that Dr. Sperry intentionally and deceitfully provided false advice to prevent me from having my braces covered by Medicaid, driven by racial discrimination and animus. Furthermore, despite receiving corrective treatment from Dr. Brad Klein, I continue to suffer from the effects of Dr. Sperry's poor dental work, which includes Temporomandibular joint disorder (TMJ), shifting and misalignment, extreme gum problems, an extreme overbite, and functional difficulties. Dr. Sperry's actions were motivated by racial discrimination, and I was intentionally mistreated and misled as a result.

To establish a claim for intentional infliction of emotional distress, I will prove the following elements: 1. Extreme and Outrageous Conduct: Dr. Sperry intentionally engaged in extreme and outrageous conduct that went beyond the bounds of professional dental decency and exceeded what is normally expected in dental treatment and care. Specifically, her intentional provision of false medical advice, motivated by racial discrimination, constitutes extreme and outrageous conduct. 2. Intent or Recklessness: Dr. Sperry acted intentionally or recklessly, fully aware of the emotional distress her conduct would likely cause me. It is my allegation that Dr. Sperry intentionally deceived me by providing dental advice that was not the best optimal solution for my dental health, demonstrating the requisite intent for her actions. 3. Causation: Dr. Sperry's extreme and outrageous conduct was a substantial factor in causing me emotional distress. I assert that I suffered great emotional distress directly as a result of her intentional actions and the subsequent harm caused. 4. Severe Emotional Distress: I endured significant emotional distress as a result of Dr. Sperry's conduct. The years of dental challenges I faced, including misaligned teeth, new dental issues caused by her errors, and the financial burden I experienced, have all contributed to this severe emotional harm.

FEDERAL CASE FOR DAMAGES - 19

I seek the following relief from the court: 1. Compensatory Damages: I request an award of compensatory damages to address the ongoing impact of Dr. Sperry's actions, including costs associated with dental treatment to remedy the dental issues and emotional distress suffered. 2. Punitive Damages: I also request an award of punitive damages to hold Dr. Sperry accountable for her intentional and malicious actions, as well as to deter future similar conduct.

I intend to submit X-rays, additional dental pictures, and any other relevant evidence to support my claims. This will include testimony from dental experts, medical reports, and documentation of expenses incurred for corrective treatment.

## PRAYER FOR RELIEF

**WHEREFORE**, I, as the Plaintiff, value the protection of my constitutional rights and respectfully look to the court for redress of the violations committed by Dr. Sperry, her dental practice, and the Department of Children and Families. In seeking accountability for their actions, I aim to safeguard not only my own rights but also those of others who may have suffered similar violations. I respectfully pray for the following relief:

a) I pray for the UNITED STATES DISTRICT COURT DISTRICT of Vermont to issue a declaratory judgment in my favor, declaring that Dr. Karen Sperry, her dental practice, and the Department of Children and Families have engaged in an intentional conspiracy to violate my constitutional rights under the Vermont constitution's Article one, which guarantees my right to secure happiness, as well as under federal law 42 U.S. Code § 1983.

b) For general damages, as proven at trial.

c) For special damages, as proven at trial.

d) For exemplary or punitive damages against the Defendants, considering their oppressive, fraudulent, and malicious conduct, in the sum of $5,000,000.

I also pray for the costs and disbursements incurred in connection with this legal action, including reasonable attorneys' fees needed to consult throughout the litigation process and the costs of the suit. Additionally, I request any other further relief that the Court deems just and proper.

## JUDICIAL PRAYER FOR RELIEF

FEDERAL CASE FOR DAMAGES - 20

1    In the society we live in, there exist specific and well-defined beauty standards, and from a young

2  age, women understand the importance of adhering to these standards. I once read in Vogue that even children under

3  the age of eight recognize the significance of remaining beautiful. Unfortunately, due to my dental accident, my

4  appearance was compromised. However, since I already possessed beauty, it was the duty of my Dentist to restore

5  and enhance my appearance, and it was the responsibility of the Department of Children and Families (DCF) to

6  ensure that this duty was fulfilled, not only for vanity but also for health reasons. Regrettably, both parties

7  deliberately chose not to fulfill their obligations. Consequently, I am left with no option but to seek relief through

8  legal means.

9    Therefore, I pray for relief in the form of $5 million in damages. This amount appropriately

10  reflects the impact caused by the intentional neglect of enhancing my beauty after the accident. Instead of using their

11  skills to enhance the beauty of a black woman, the white women involved allowed their jealousy and insecurity to

12  impede their actions. It is time to be honest and stop deceiving ourselves. In a court of law, they can no longer hide

13  behind deception; they will be forced to face the consequences of perjury and be held accountable by the law.

14    The damages sought will not only cover the financial burden imposed due to this negligence but

15  will also compensate for the emotional distress and mental anguish that I have endured as a consequence.

16    I sincerely hope that the court will carefully consider the gravity of this situation and recognize the

17  profound impact it has had on my life. Through the granting of this relief, justice will be served, and I will be able to

18  regain a sense of normalcy and rebuild my self-esteem.

19    JURY TRIAL DEMANDED

20    Plaintiff Keren Sita hereby demands a trial by jury.

21    Dated this 20 of November, 2023.

23    Keren Sita, Legal Pleader

FEDERAL CASE FOR DAMAGES - 21