UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| KEREN SITA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:23-cv-643<br>) |
| DR. KAREN SPERRY; VERMONT DEPARTMENT OF CHILDREN AND FAMILIES, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER OF DISMISSAL**

On November 20, 2023, Plaintiff Keren Sita, representing herself, filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915 seeking to file a Complaint without paying the filing fee. On January 9, 2024, the court granted her application, however, the Complaint was dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B) and for lack of subject matter jurisdiction. Plaintiff was provided an opportunity to amend her pleading on or before February 9, 2024, and warned that her failure to do so would result in dismissal of the case.

The court's initial mailing of the January 9 Order was returned as undeliverable. After inquiring with Plaintiff, another copy was resent to a new address. To date, no further filings have been received nor has the second mailing been returned. Consequently, this case is DISMISSED without prejudice; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 28th day of February, 2024.

Geoffrey W. Crawford, Chief Judge
United States District Court